

# SEALED

Office of the United States Attorney
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
LISA CARTER-GIROUX
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6179

2014 JUL 24  PM 4: 29

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYRAL EDWARD KING,<br><br>Defendant. | Case No.  2:14-mj-488-GWF<br><br>MOTION AND ORDER TO SEAL COMPLAINT |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and LISA CARTIER-GIROUX, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing the Complaint in the above captioned matter.

The Government submits that it is necessary for said documents to be sealed in light of the fact that they make reference to information regarding an on-going investigation. The Government submits that disclosure of the information might possibly jeopardize the investigation. The Government submits that its right to secrecy far outweighs the public's right to know.

DATED this _____ day of July, 2014.

DANIEL G. BOGDEN
United States Attorney

/s/ LCG

LISA CARTIER-GIROUX
Assistant United States Attorney

2014 JUL 24  PM 4: 29

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-mj-488-GWF |
| Plaintiff, | ORDER TO SEAL COMPLAINT |
| vs. | |
| TYRAL EDWARD KING | |
| Defendant. | |

Based on Government's Motion to Seal Complaint in the above-captioned matter and good cause appearing, therefore;

IT IS SO ORDERED that the Complaint be sealed.

DATED this 24th day of July, 2014.

_____
United States Magistrate Judge